## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEONARD HADLEY,

      Plaintiff,

    v.

UNITED STATES OF AMERICA,

      Defendant.

Case No. 3:19-cv-00197-JPG-GCS

### MEMORANDUM AND ORDER

### J. PHIL GILBERT, DISTRICT JUDGE

This Court previously ordered plaintiff Leonard Hadley to show cause why the Court should not dismiss this case as a sanction for Hadley's misrepresentation of his litigation history in his motion for leave to proceed in forma pauperis. (ECF No. 11.) As the Court explained in its prior order, Hadley—a detainee at the St. Clair County Jail—has "struck out" under the Prison Litigation Reform Act, 28 U.S.C. § 1915(g). Yet he filed this case anyways, and was not honest when declared under penalty of perjury: "I have NOT had 3 or more civil actions dismissed as being frivolous, malicious, or for failure to state a claim and/or received 3 or more "strikes" under 28 U.S.C. § 1915(g)." The Court warned Hadley that this is grounds for dismissal unless he shows sufficient cause why this case should proceed. *Ammons v. Gerlinger*, 547 F.3d 724, 725 (7th Cir. 2008).

One exception to the three-strikes rule is if the prisoner is under imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Hadley invokes that exception in his response, arguing that he is allegedly receiving inadequate medical care at the jail. But that allegation has nothing to do with this case. Hadley filed this matter as a class action on behalf of all African Americans under the First, Fourth, Sixth, Eighth, and Fourteenth Amendments, along with

1

numerous unrelated federal statues like the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961. And his complaint specifically complains about whether he is receiving adequate due process in his state criminal proceeding. Because Hadley's allegation of imminent harm has nothing to do with the case at hand, his response to this Court's order to show cause is insufficient—so the Court accordingly **DISMISSES** this case **WITH PREJUDICE**. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: APRIL 29, 2019**

<u>s/ *J. Phil Gilbert*</u>
**J. PHIL GILBERT**
**U.S. DISTRICT JUDGE**