UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEONARD HADLEY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 3:19-cv-00197-JPG-GCS

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED: April 29, 2019

                                                **MARGARET M. ROBERTIE,**
                                                Clerk of Court

                                                **BY:**   **s/Tina Gray**
                                                              **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**